UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANAHIT KHACHATRYAN, Defendant. | No. 2:19-CR-673-RGK<br><br>INDICTMENT<br><br>[18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 2(b): Causing an Act to Be Done] |

The Grand Jury charges:

COUNTS ONE THROUGH FOURTEEN

[18 U.S.C. §§ 1344(2), 2(a), 2(b)]

A. INTRODUCTORY ALLEGATIONS

1. At times relevant to this Indictment:

   a. Bank of America, N.A. ("Bank of America") was a federally insured financial institution with branches throughout the United States.

      b.    Comerica Bank and Trust, N.A. ("Comerica Bank") was a federally insured financial institution with branches throughout the United States.

      c.    East West Bank was a federally insured financial institution with branches throughout the United States.

      d.    JP Morgan Chase Bank, N.A. ("Chase Bank") was a federally insured financial institution with branches throughout the United States.

      e.    Wells Fargo Bank, N.A. ("Wells Fargo") was a federally insured financial institution with branches throughout the United States.

B.    <u>SCHEME TO DEFRAUD</u>

    2.    Beginning on a date unknown to the Grand Jury but no later than on or about October 25, 2010, and continuing until at least in or around April 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANAHIT KHACHATRYAN, together with others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and with intent to defraud, executed and attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Bank of America, Chase Bank, Comerica Bank, East West Bank, Wells Fargo, and other financial institutions, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

    3.    The fraudulent scheme operated, in substance, in the following manner:

      a.    Defendant KHACHATRYAN would rent mailbox accounts at Commercial Mail Receiving Agencies ("CMRA") throughout Los Angeles

County.

  b. To open those mailbox accounts at the CMRAs, defendant KHACHATRYAN would unlawfully present fraudulent identification in the names of other persons, including altered Republic of Armenia passports, but with defendant KHACHATRYAN's photograph.

  c. Defendant KHACHATRYAN and other schemers would open bank accounts at branches of Bank of America, Chase Bank, Comerica Bank, East West Bank, Wells Fargo, and other financial institutions, throughout Los Angeles County, using the addresses of mailboxes from the CMRAs and posing in the identities of the below-listed persons, including by presenting altered Republic of Armenia passports or Costco membership cards in the names of those other persons, but with defendant KHACHATRYAN's photograph.

  d. Defendant KHACHATRYAN and other schemers would write and sign checks drawn on those bank accounts.

  e. Defendant KHACHATRYAN would withdraw cash from those bank accounts.

  f. Defendant KHACHATRYAN, together with others known and unknown to the Grand Jury, would maintain the fraudulent identification of the below-listed persons, including fraudulent Republic of Armenia passports.

C. <u>EXECUTION OF THE SCHEME TO DEFRAUD</u>

 4. On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant KHACHATRYAN, together with others known and unknown to the Grand Jury, each aiding and abetting the others, executed and attempted to execute the fraudulent scheme, by committing and willfully causing others to commit the following acts:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 10/25/2010 | Opening bank accounts XXXXXXX5589 and XXXXXXX1487 at a Bank of America branch in Glendale, California, in the name of L.G. |
| TWO | 11/03/2010 | Opening bank accounts XXXXXXX9046, XXXXXXX8775, and XXXXXXX8776 at a Bank of America branch in Burbank, California, in the name of L.G. DBA "Whitestar Beauty" |
| THREE | 12/28/2010 | Opening bank accounts XXXXXXX4934 and XXXXXXX4328 at a Bank of America branch in Arcadia, California, in the name of L.G. |
| FOUR | 03/25/2011 | Opening bank account XXXXXX6491 at a Comerica Bank branch in Burbank, California, in the name of L.G. DBA "Whitestar Beauty" |
| FIVE | 06/10/2011 | Opening bank account XXXXX3352 at a Chase Bank branch in Los Angeles, California, in the name of L.G. DBA "Whitestar Beauty" |
| SIX | 03/23/2012 | Opening bank accounts XXXXXXX0324 and XXXXXXX3886 at a Bank of America branch in Los Angeles, California, in the name of Z.G. |
| SEVEN | 04/11/2012 | Opening bank account XXXXXXX9964 at a Bank of America branch in Los Angeles, California, in the name of Z.G. DBA Zhaklina Décor |
| EIGHT | 04/26/2012 | Opening bank accounts XXXXXXX1844 and XXXXXXX8308 at a Bank of America branch in West Hollywood, California, in the name of A.V. |
| NINE | 07/12/2012 | Opening bank accounts XXXXX5428 and XXXXX7016 at a Chase Bank branch in Los Angeles, California, in the name of A.V. |
| TEN | 07/24/2012 | Opening bank account XXXXX6180 at a Chase Bank branch in Los Angeles, California, in the name of Z.G. |
| ELEVEN | 07/25/2012 | Opening bank account XXXXX3408 at an East West Bank branch in Beverly Hills, California, in the name of Z.G. |
| TWELVE | 08/20/2012 | Opening bank account XXXXX9690 at a Chase Bank branch in Los Angeles, California, in the name of Z.G. DBA Zhaklina Decor |
| THIRTEEN | 09/06/2012 | Opening bank accounts XXXXXX2411 and XXXXXX8131 at a Wells Fargo branch in Los Angeles, California, in the name of A.V. |

///

| | | |
|---|---|---|
| FOURTEEN | 12/12/2012 | Opening bank account XXXXXX8783 at a Wells Fargo branch in Hollywood, California, in the name of Z.G. |

A TRUE BILL

_____ /s/
Foreperson

TRACY L. WILKISON
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office