

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Case Number   2:19-CR-673-RGK

U.S.A. v.  Anahit Khachatryan

☑ Indictment          ☐ Information

Defendant Number   One

Year of Birth   1977

Investigative agency (FBI, DEA, etc.)   IRS-CI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense

☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense   on/about 10/25/2010 to at least Apr2013

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura

☐ Orange             ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other

Citation of Offense   18 U.S.C. § 1344(2); 18 U.S.C. § 2(a);

18 U.S.C. § 2(b)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No        ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):  SA CR 16-00055-AG

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on:

### PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☐ Yes

IF YES, provide Name:   N/A

Phone Number:

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*      ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the  N/A    superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes      ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☑ YES  ☐ NO

IF YES, list language and/or dialect:

Armenian

**OTHER**

☐ Male  ☑ Female

☐ U.S. Citizen  ☑ Alien

Alias Name(s)

This defendant is charged in:

☑ All counts

☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☑ financial institution fraud   ☐ public corruption

☐ government fraud   ☐ tax offenses

☐ environmental issues   ☐ mail/wire fraud

☐ narcotics offenses   ☐ immigration offenses

☐ violent crimes/firearms   ☐ corporate fraud

☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:

in the amount of $

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district:
N/A

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution:  N/A

c. If Federal, U.S. Marshals Service Registration Number:

d. ☐ Solely on this charge.  Date and time of arrest:

e. On another conviction:  ☐ Yes  ☐ No

IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

IF YES :  ☐ State  ☐ Federal  AND

Name of Court:

Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:

Date  11/06/2019

Signature of Assistant U.S. Attorney
CHARLES E. PELL
Print Name