FILED

2019 NOV -7 AM 10: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 2:19-CR-673-RGK |
| ANAHIT KHACHATRYAN | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/7/19, 7:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1344 - BANK FRAUD

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: Armenian

7. Year of Birth: 1977

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: George Mgdesyan   Phone Number: 818-386-6777

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: Ashley Braver   (please print)

12. Office Phone Number: 213-315-9376   13. Agency: IRS-CI

14. Signature: /s/   15. Date: 11/7/19

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION