# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              PLAINTIFF<br>v.<br><br>ANAHIT KHACHATRYAN,<br><br>                              DEFENDANT. | CASE NUMBER<br><br>CR 19-00673-RGK<br><br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 19-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Armen Mkrtchyan</u>, Case No. SA CR 16-00055-AG, which:

   __X__   was previously assigned to the Honorable Andrew Guilford;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: November 18, 2019

                                                       /s/
                                                CHARLES E. PELL
                                                Assistant United States Attorney